1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE:                                          No. C 10-01431 SI

                                                     File also in:  No. C 10-01699 SI
9        ARDEN VAN UPP,
                                                     **ORDER TO SHOW CAUSE**
10

11   _____/

12        On April 5, 2010, debtor Arden Van Upp filed a Notice of Appeal from Bankruptcy Court in the

13   U.S. District Court for the Northern District of California.  Case No. 10-01431 SI, Doc. 1.  Although

14   it is not clear how or why this happened, it appears that the notice of appeal was also transmitted to the

15   Bankruptcy Appellate Panel; that trustee David A. Bradlow declined to proceed before the BAP on April

16   16, 2010; and that trustee filed a Notice of Transfer of Appeal to the District Court on April 21, 2010.

17   Case No. 10-01699 SI, Doc. 1.  Debtor's notice of appeal and trustee's notice of transfer of appeal were

18   each docketed separately, the former as Case No. 10-01431 and the latter as Case No. 10-01699.

19        In both cases, debtor appears to challenge three decisions by the Bankruptcy Court to authorize

20   payment of fees, costs, and reimbursements associated with debtor's bankruptcy proceedings.  *Compare*

21   10-01699 Doc. 1-3 at 3; Doc. 1-5 at 1 *with* 10-01431 Doc. 1 at 1.  In both cases, the clerk of this Court

22   issued an order establishing a briefing schedule that has long since expired.  *See* 10-01431 Doc. 2, 10-

23   01699 Doc. 2.  However, no portion of the bankruptcy record has been lodged with the Court in either

24   case, other than two short orders of the Bankruptcy Court, and debtor has not filed a brief in support of

25   her appeal.  Additionally, it appears from the Bankruptcy Court docket that debtor's bankruptcy

26   proceedings are ongoing, and thus that the orders she is appealing may be interlocutory.  *See* Docket,

27   Bankruptcy Petition #: 09-31932 (Bankr. N.D. Cal.).

28        Therefore, the Court ORDERS debtor Arden Van Upp to show cause why the appeals in Case

**United States District Court**
For the Northern District of California

1   No. 10-01431 and Case No. 10-01699 should not be dismissed for failure to prosecute and/or lack of

2   jurisdiction, with specific discussion of relevant case law and applicable Federal Rules of Bankruptcy

3   Procedure, **by March 22, 2011.**

4

5        **IT IS SO ORDERED.**

6

7   Dated:  February 22, 2011

8                                                                        SUSAN ILLSTON
                                                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California